O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JESSE MANUEL SKINNER, | Case No. 5:18-cv-00627 DMG (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and the records and files herein, along with the Report and Recommendation dated December 26, 2018, [Dkt. No. 41], of the assigned United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 41], is accepted;

2. The case is dismissed without prejudice; and

3. Judgment is to be entered accordingly.

DATED: March 29, 2019

                                                          DOLLY M. GEE
                                                          UNITED STATES DISTRICT JUDGE