# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MANUEL SKINNER, | Case No. 5:18-cv-00627 DMG (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice for lack of jurisdiction.

DATED:  March 29, 2019

_____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE